VINCENZO CINQUINO, as Administrator of the Estate of ROSINA CINQUINO, Deceased, Appellant, *v.* METRO-POLITAN LIFE INSURANCE COMPANY, Respondent.

(Submitted October 2, 1933; decided October 10, 1933.)

*Earle C. Bastow* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.